# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

FILED
CLERK, U.S. DISTRICT COURT
OCT 13 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | | |
|---|---|---|---|
| Case No. | 2:17-MJ-2514 | Date | October 13, 2017 |
| Title | United States v. Cesar Mondragon-Martell | | |

Present: The Honorable  Steve Kim, U.S. Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** (IN CHAMBERS) **ORDER OF DETENTION – PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Lack of bail resources
- ☒ Refusal to interview with Pretrial Services
- ☒ No stable residence or employment
- ☒ Previous failure to appear or violations of probation, parole, or release
- ☒ Ties to foreign countries
- ☒ Allegations in petition
- ☒ Undocumented immigration status

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒ Nature of previous criminal convictions

   ☒ Allegations in petition

   ☐ Substance abuse

   ☐ Already in custody on state or federal offense

   ☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.